UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL L. MONTALVO,

        Defendant.

NO. CR. S-89-0062 WBS GGH

ORDER

----oo0oo----

        After considering defendant's Motion to Reconsider and Amend the court's order of April 1, 2005 granting a stay of these proceedings, together with defendant's Opposition to the motion for stay, the court finds no reason to change its previous order. Regardless of whether defendant was properly served with the motion, the grounds for granting it were valid.  The motion for reconsideration is therefore DENIED.

        IT IS SO ORDERED.

DATED: April 21, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1