UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL L. MONTALVO,

        Defendant.

NO. CR. S-89-0062 WBS GGH

<u>ORDER</u>

----oo0oo----

        Upon the application of the defendant, the stay of proceedings ordered by this court's order of April 1, 2005 is hereby EXTENDED until 45 days after issuance of the Ninth Circuit's mandate in <u>United States v. Montalvo</u>, C.A. No. 03-10480, and the date defendant files a new amended Rule 35(a) motion.

        IT IS SO ORDERED.

DATED: August 16, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1