IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-89-0062 WBS GGH P

    vs.

MICHAEL L. MONTALVO,

    Movant.                <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, on April 27, 2006, filed a motion entitled "motion for relief from judgment that is void for lack of subject matter jurisdiction...." Respondent is directed to file a response to that motion within thirty days of the effective date of this order.

        The Clerk of the Court shall serve a copy of this order on the United States Attorney or his authorized representative.

        IT IS SO ORDERED.

DATED: 5/5/06

                /s/ Gregory G. Hollows

                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:009
mont0062.rsp