IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. CR S-89-0062 WBS GGH P

    vs.

MICHAEL L. MONTALVO,

    Defendant.                  <u>ORDER</u>

_____/

        Pursuant to the provisions of 28 U.S.C. § 636(b)(3), defendant Michael L. Montalvo's Amended Motion for Judgment, filed May 4, 2007, and Motion for Bifurcation of Issues, filed May 24, 2007, are referred to the assigned Magistrate, Gregory G. Hollows, for findings and recommendations. The dates currently set for hearing on the motions before the undersigned judge are hereby vacated.

        IT IS SO ORDERED.

DATED: May 30, 2007

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26