UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES,

        Plaintiff,

 v.

MICHAEL L. MONTALVO,

        Defendant and Movant.

NO. CR-S-89-0062 WBS GGH P

ORDER

----oo0oo----

Defendant, MICHAEL L. MONTALVO, has filed a <u>Motion for District Court to Reconsider Its Order of May 20, 2007, Dismissing Defendant's Rule 60(b) Motion, Pursuant to Rule 59(e), Federal Rules of Civil Procedure, Because of Overlooked Facts and Law</u>.

    The United States Attorney shall file a response to the Motion on or before July 20, 2007. Defendant shall file his

///
///
///
///
///

1 reply, if any, on or before August 4, 2007.  The matter will
2 then be taken under submission.
3     IT IS SO ORDERED.
4 DATED:  June 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE