IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Respondent, | | No. CR S-89-0062 WBS GGH P |
| vs. | | |
| MICHAEL L. MONTALVO, | | |
| Movant. | | ORDER |

There are now four iterations of defendant Montalvo's Fed. R. Crim. P. 35 motion, one filed even after the government moved to dismiss the motion(s). No further amended or refined Rule 35 motions shall be filed. The court deems the government's motion to dismiss to apply to the last filed Rule 35 motion, and the opposition to the motion to dismiss to apply to that Rule 35 filing as well.

DATED:  6/22/07                                        /s/ Gregory G. Hollows

                                                                   UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
mont0062.ord

1