IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-89-0062 WBS GGH P

        vs.

MICHAEL L. MONTALVO,

        Movant.                  ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 28, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 12, 2007, movant filed objections to the findings and recommendations and supplemental objections on July 26, 2007.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 28, 2007, are adopted in full;

2. Montalvo's Amended Motion to Correct an Illegal Sentence filed May 4, 2007, is dismissed;

3. All other pending motions, including motions for reconsideration, are DENIED.

DATED:  August 6, 2007

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

/mont0062.805

_____
UNITED STATES DISTRICT JUDGE