IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-89-062-WBS-GGH-P |
| Respondent, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL MONTALVO, | ) | |
| Movant. | ) | |
| _____ | ) | |

Good cause appearing, and upon the unopposed Motion of Movant Montalvo, it is hereby ordered that Movant, through counsel, shall have to and including November 19, 2007 in which to file a request for a COA which specifies those issues for which Movant believes he has made a substantial showing of the denial of a constitutional right.

Dated: 10/31/07                                   /s/ Gregory G. Hollows

                                                          United States Magistrate Judge

mont0062.req