UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL L. MONTALVO,

        Defendant.
_____/

NOS. CIV. S-97-2015 WBS
CR. S-89-062 WBS

<u>ORDER</u>

----oo0oo----

On September 2, 2008, defendant Michael L. Montalvo filed a motion for relief pursuant to Federal Rule of Civil Procedure 60(b)(4).  The United States shall file any opposition to defendant's motion no later than September 26, 2008. Defendant may then file a reply no later than October 6, 2008. The matter will be taken under submission without oral argument pursuant to Eastern District Local Rule 78-230(h).

DATED:  September 4, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE