UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL L. MONTALVO,

        Defendant.
_____/

NO. CR. 89-062 WBS GGH

ORDER

----oo0oo----

        Montalvo has filed a motion for leave to proceed on appeal in forma pauperis from this courts orders of November 17, 2008, December 16, 2008, and January 12, 2009.  Under Federal Rule of Appellate Procedure 24(a)(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization."  Because Montalvo was permitted to proceed in forma pauperis in this court, he does not need further permission of this court to proceed in forma

1

pauperis on appeal. The court will therefore decline to grant his request.

        IT IS SO ORDERED.

DATED: February 4, 2009

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE