WILLIAM E. BONHAM, ESQ. (SBN
916 Second Street, 2nd Floor, Ste. A
Sacramento, CA 95814
Telephone (916) 557-1113


ROBERT M. HOLLEY, ESQ. (SBN 50769)
2150 River Plaza Drive
Sacramento, CA 95814
Telephone: (916) 9922-2111

Attorneys for Michael L. Montalvo

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL L. MONTALVO,<br><br>        Defendant. | Case No. CR-S-89-062-WBS<br><br>STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING TIME FOR FILING OF PETITIONER'S REPLY BRIEF |

## STIPULATION

Because of a myriad of information and issues presented by the government's Responsive Brief, and because the defense needs to conduct some additional investigation concerning the same, as well as the need for further discussions with former trial counsel, Mr. E. Richard Walker, concerning some of the information contained within said brief, the Petitioner needs additional time to prepare its Reply Brief. Mr. Walker has not been reachable as he has apparently recently undergone back surgery, and counsel needs to give him some recovery time before dealing with some of the issues which now appear to be on the table.

////

////

The government and the petitioner hereby stipulate to an extension of time within which petitioner may file Petitioner's Reply Brief, from the present due date of June 3, 2013 to a new and different date of **Wednesday, July 3, 2013.** The balance of the Court's previous order of March 21, 2013, i.e. that upon the filing of the Petitioner's Reply Brief the Court "will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary," shall remain in full force and effect.

**It is so stipulated.**

**Dated:  May 28, 2013**

*/s/ Mr. Philip A. Ferrari, Esq.* **(by rmh)**

**Mr. Philip A. Ferrari, Esq.**
**Assistant United States Attorney**
**Counsel for Respondent**

**Dated:  May 28, 2013**

*/s/ Mr. William E. Bonham, Esq.* **(by rmh)**

**Mr. William E. Bonham, Esq.**
**Counsel for Petitioner, Michael Montalvo**

**Dated:  May 28, 2013**

*/S/ Mr. Robert M. Holley, Esq.*

**Mr. Robert M. Holley, Esq.]**
**Counsel for Petitioner, Michael Montalvo**

**ORDER**

**GOOD CAUSE APPEARING,  IT IS SO ORDERED.**

**Dated:  May 29, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE