

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

United States of America

Plaintiff/Respondent,   Case No. 2:89-CR-00062-WBS

v.

Michael L. Montalvo

Defendant/Movant.

I, Sarah Erickson-Muschko,

attorney for Michael L. Montalvo,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Gibson, Dunn & Crutcher LLP |
| Address: | 1801 California Street, Suite #4200 |
| City: | Denver |
| State: | CO   ZIP Code: 80202 |
| Voice Phone: | (303) 298-5910 |
| FAX Phone: | (303) 313-2815 |
| Internet E-mail: | sericksonmuschko@gibsondunn.com |
| Additional E-mail: | |
| I reside in City: | Denver   State: CO |

I was admitted to practice in the <u>Supreme Court of Colorado</u>
(court)

on <u>May 15, 2018</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not **X** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) <u>                                                                                         </u>.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Emma M. Strong</u>

Firm Name: <u>Gibson, Dunn & Crutcher LLP</u>

Address: <u>1881 Page Mill Road</u>

City: <u>Palo Alto</u>

State: <u>CA</u>     ZIP Code: <u>94304-1211</u>

Voice Phone: <u>1 (650) 849-5338</u>

FAX Phone: <u>1 (650) 849-5038</u>

E-mail: <u>EStrong@gibsondunn.com</u>

Dated: <u>May 7, 2019</u>     Petitioner: <u>/s/ Sarah Erickson-Muschko</u>

**ORDER**

IT IS SO ORDERED.

Dated: May 10, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE